# EXHIBIT D



## Wegovy * Nashville, Hendersonville



### Contact Us

Full Name

Phone

Email

How may we help you?

**Send**

## July 2021

The diabetes medication Ozempic received FDA approval and indication for weight loss in June 2021.

*Introducing Wegovy (semaglutide)*

Since its release back in June 2021, Indian Lake Medical Weight Loss & Wellness has been offering Wegovy, one of the most promising new weight loss drugs to hit the market in years! Wegovy (semaglutide) is a once weekly injection that has been providing dramatic weight loss results nationally and has far exceeded the community's expectations.

How does it work?

- Wegovy (semaglutide) is a once-weekly injectable prescription medicine used for adults with a diagnosis of obesity (BMI ≥30) or overweight (excess weight) (BMI ≥27) (who also have weight-related medical problems like high blood pressure, type 2 diabetes, or high cholesterol) to help them lose weight and keep it off.
- Wegovy (semaglutide) is a glucagon-like peptide-1 (GLP-1) agonist. GLP-1 is a natural hormone in your body that acts on your brain to regulate your appetite and food intake. It works by stimulating the pancreas to produce additional insulin, decreasing the stomach's emptying time and signaling to the brain a feeling of fullness, which helps you lose weight.

Wegovy (semaglutide) for weight loss, in clinical trials, has been shown to help people drop an average of 15% to 20% of their starting body weight. This is triple what other drugs on the market achieve. Wegovy (semaglutide) simply tells your gut, liver and pancreas to break down fat [and the foods you do eat] more effectively. This medication offers you an increased metabolic, hormonal approach to weight loss on a cellular level. It will tell your body what to do with the carbohydrates you do eat. In our "Indian Lake experience" Wegovy (semaglutide) appears to be far superior to any other weight loss drug available to you on the market, period. Also for women with increased abdominal obesity, understanding that as age increases, estrogens levels decrease, increasing incidence of insulin resistance, hence accelerated increased abdominal fat. [hysterotomy = immediate alteration in hormonal imbalances that also results in immediate insulin resistance] This is also true for the insulin resistance and hormonal imbalance seen in PCOS, polycystic ovarian syndrome. Wegovy (semaglutide) treats insulin resistance. Wegovy (semaglutide) is the metabolic break though you most absolutely need if you've been struggling to lose weight, male or female.


an oversize jean trouser on a slim body

Wegovy (semaglutide) is extremely popular nationally and here at Indian Lake Medical we've grown our Wegovy program leaps and bounds since its inception of June 2021. We've been relentless in our efforts of offering middle TN access to this powerful weight loss medication at an affordable price.

*retail Wegovy cost about $1600/month

Even with NO COVERAGE, we have a cost effective, affordable program for YOU with the option of Wegovy (semaglutide) being mailed directly to your home!

Insurance coverage for weight loss medications is widely variable. The easiest way to find out if these drugs are covered by your insurance company is to simply call the number on the back of your insurance card and ask them specifically if they cover the medication and what your out of pocket expense might be.

Wegovy (semaglutide) is an expensive, yet powerful drug used to help people lose weight and maintain their current weight loss. Currently, the lowest GoodRx price for Wegovy (semaglutide) is around $1,315.30 per month.

For a fraction of the retail cost, for those with NO COVERAGE, we do have a cost effective, affordable program for YOU even with the option of Wegovy (semaglutide) being mailed directly to your home! This is also a a great option for those seeking an aggressive approach to shed pesky pounds but simply do not meet the indicated BMI requirements for Wegovy (semaglutide) listed above.

# Weight–Loss Drug Wegovy Exceeded Expectations, and Supply
## — Since its June 2021 approval, the injectable flew off shelves and into short supply

## Who Should Not Use Wegovy?

Wegovy is not intended for you:

- If anyone in your family has ever had a rare type of thyroid cancer known as Medullary Thyroid Carcinoma (MTC)
- You have Multiple Endocrine Neoplasia syndrome type 2 (MEN 2)
- You have had a serious allergic reaction to semaglutide
- You're breastfeeding, or pregnant

Wegovy comes with contraindications for certain conditions. Check with your healthcare provider if you have any of these medical conditions before using it.

- History of diabetic retinopathy (diabetic eye disease)
- Kidney disease
- Low blood sugar **if currently on other medications for type 2 diabetes, we may need to alter these medications if starting Wegovy
- Pancreatitis
- Depression, suicidal thoughts

Make sure also to inform your healthcare provider if you're on any medication, such as prescription or over-the-counter medicines, vitamins, or herbal supplements. Wegovy and medicine can affect the function of each other. Tell your healthcare professional if you're on diabetes medication, including sulfonylureas or insulin. Taking Wegovy slows stomach emptying and can interfere with drugs that need to pass quickly through the stomach.

Wegovy is a safe medication for weight loss. The most common complaints are gastrointestinal and can include:

- Gas
- Indigestion
- Nausea
- Vomiting
- Abdominal pain
- Gastroenteritis
- Constipation

Other side effects may include:

- Headache
- Low blood sugar
- Dizziness
- Fatigue

To minimize these side effects, your health care professional will generally start you at a lower dose of 0.25 every week and escalate the dose every month to 2.4 mg so that your body can adjust to the medication. And also here at Indian Lake Medical, we typically send a zofran prescription with every Wegovy prescription prophylactically, to have on standby, in the event the patient develops GI side effects.

If you are interested in our Wegovy (semaglutide) program, in this powerful weight loss therapy, please don't hesitate to give our office a call to schedule a weight loss consultation. If you are a current patient and would like to switch to this therapy please call us to schedule your next appointment. We look forward to hearing from you!

Healthy regards,

T. Taylor Minchey, BSN, MSN, FNP-BC
Board Certified Family Nurse Practitioner
Practice Owner

Indian Lake Medical Weight Loss & Wellness
139 Maple Row Blvd., STE 202
Hendersonville, TN 37075

Please call 615-882-1982 to inquire further on pricing of our Wegovy program.



### location

139 Maple Row Suite 202
Hendersonville, TN 37075
Phone: (615) 882-1982

**INDIAN LAKE**
MEDICAL WEIGHT LOSS & WELLNESS

EST. 2009

**follow us**

**office hours**
Monday 8:00 - 1:00 • Tuesday 8:00 - 5:00 • Wednesday CLOSED • Thursday 8:00 - 5:00 • Friday 8:00 - 5:00 • Saturday 8:00 - 1:00 • Sunday CLOSED

© 2023 Crystal Clear Digital Marketing | Site Map | TOS/Privacy Policy | Indian Lake Medical Weight Loss & Wellness Clinic

CRYSTAL CLEAR



**Indian Lake**
MEDICAL WEIGHT LOSS & WELLNESS

HOME    OUR PRACTICE    SERVICES    APPOINTMENTS        REVIEWS    SPECIALS    BLOG    CONTACT US

| Weight Loss | Appetite Control |
| Beauty Aesthetics | Wegovy Weight Loss Injections |
| Wellness | The HCG Diet |
| Erectile Dysfunction | Sermorelin Weight Loss Injections |
| Hormones | Fat Burner Injections + Tablets |
| Morpheus 8 | |

**THE GREATEST WEALTH IS HEALTH**
TAKE TIME FOR YOURSELF

LEARN MORE

## CONTACT US

| Full Name | Phone | Email | How may we help you? | Send |

WELCOME TO
# Indian Lake Medical
Weight Loss & Wellness Clinic

Where your health and wellness is a priority. We have proudly served middle Tennessee, Sumner County and the Hendersonville community for over a decade, since 2009.

  
  

BALANCE,
## WELLBEING
AND ACCOUNTABILITY



"

*Love This Clinic*

*I absolutely love this clinic, Taylor is amazing at everything she does. She takes the time to really find a solution for you and your weight-loss goals.*

★★★★★
A.M.



location

Indian Lake Medical Weight Loss & Aesthetics

139 Maple Row Suite 202
Hendersonville, TN 37075
Phone: (615) 882-1982

# INDIAN LAKE
MEDICAL WEIGHT LOSS & WELLNESS



EST. 2009

follow us
f ◎ in � 🅟 �
**office hours**
Monday 8:00 - 1:00 • Tuesday 8:00 - 5:00 • Wednesday CLOSED • Thursday 8:00 - 5:00 • Friday 8:00 - 5:00 • Saturday 8:00 - 1:00 • Sunday CLOSED

© 2023 Crystal Clear Digital Marketing | Site Map | TOS/Privacy Policy | Indian Lake Medical Weight Loss & Wellness Clinic

CRYSTAL CLEAR