# EXHIBIT E


# Indian Lake Medical Weight Loss & Wellness

## Intro

Indian Lake Medical Weight Loss & Wellness
est. 2009
(615)822-9002

T.Taylor Minchey MSN, NP-BC

- **Page** · Nutritionist
- 139 Maple Row Blvd Suite 202, Hendersonville, TN, United States, Tennessee
- (615) 822-9002
- info@indianlakemedical.com
- [indianlakemedical.com](http://indianlakemedical.com)
- Open now
- Price Range · $$
- Rating · 4.6 (124 Reviews)

## Photos

See all photos





 **Indian Lake Medical Weight Loss & Wellness** is at **Indian Lake Medical Weight Loss & Wellness**.

May 18 at 11:54 AM · Hendersonville, TN ·

Here at Indian Lake Medical we've been offering our Semaglutide (also known as Wegovy, Ozempic and Rybelsus) weight loss program since June of 2021 and guess what, the "jury is in" — 16 lbs, 25 lbs, 42 lbs, 75 lbs, 108 lbs — you're going to lose weight!!

Losing weight won't be the problem. We teach you how to "keep the weight off!"

I've kept off over a 100 pound weight loss for over 20 years now. I opened this clinic in 2009 — we are not "fly by night—-" and here at Indian Lake Medical, we know what you need —- You need a hormonal, metabolic breakthrough!!

We want the opportunity to "love you and help manage you" through the "thick and the THIN!!" It's our company culture!! ❤️

So, in short, our Semaglutide program offers YOU the scientific, hormonal, metabolic approach to FAT LOSS your body yearns for.

The science:
Semaglutide mimics the physiological activity of a peptide hormone known as glucagon-like peptide 1 ("GLP-1" for short).

Normally, L-cells, specialized in the gut, produce GLP-1 and release it in response to food intake. In turn, GLP-1 stimulates insulin release, the hormone primarily responsible for shutting blood sugar into the cells for usage and storage, as well as to promote satiation (feelings of "fullness" to signal the body to stop eating).

Not only does the scientific literature show that synthetic GLP-1, Semaglutide, combats obesity, the beneficial actions of GLP-1 also include cardiovascular benefits.

Semaglutide produces weight loss in two key ways: GLP-1 controls blood sugar (blood glucose) and, in response to food, it stimulates insulin release. GLP-1 effectively reduces appetite.

Give us a call today to learn more! ☎ 615-822-9002 or email us at info@indianlakemedical.com — We can't wait to me you!! - T. Taylor Minchey NP-C


**indianlakemedical** • Follow
Hendersonville, Tennessee


**indianlakemedical** #semaglutide #wegovy ☎️615-822-9002 www.Indianlakemedical.com 🤍🤍❤️

26w

**gisellelinda35** DM us at **@tennessee_community**

26w  Reply

What's your current weight

114 as of yesterday

Perfect!!

This has been amazing- I haven't felt this comfortable in my own skin since pre babies... thank you!

This makes my heart happy to hear you say this!! So proud of you!

Liked by **lovlycilla** and **others**
DECEMBER 7, 2022

Add a comment...



**indianlakemedical** • Follow
Hendersonville, Tennessee

**indianlakemedical** #WEGOVY for the win!!!!! We're taking back our health!! We're taking back our lives!! ❤️❤️❤️ #weightloss #wegovyweightloss #semaglutide #winning

48w

**thatgirlnikki72** How much is it?

44w  Reply

**tattooed_mamiii93** Is it covered by commercial insurance?

44w  Reply

**karme_karmz** Seriously best stuff for my health! ❤️❤️

48w  3 likes  Reply

Liked by **tlegs27** and **others**
JULY 5, 2022

Add a comment...  Post

> Hey love. So this Wegovy has been a god send. I don't know what my body was missing but I had terrible blood pressure problems and was on BP pills and after my first two weeks of Wegovy I was able to ditch the pills. I have never felt so amazing. Lost almost 20 pounds and feel brand new. I have my appt for Friday for my third month and just wanted to tell you my success story. I love u big for finding something that actually works! ❤️❤️
> ❤️
> 
> @INDIANLAKEMEDICAL

**WEGOVY** *for the win!!!*





**indianlakemedical** • Follow
Indian Lake Medical Weight Loss & Wellness

**indianlakemedical** One pound at a time ..... we're here to help your weight loss & wellness goals and dreams become reality!!

 615-822-9002
 info@indianlakemedical.com
 www.indianlakemedical.com

Or direct message on social media —-
We have many programs to choose from!!

Office hours:
Monday: 8-1
Tuesday: 8-5
Wednesday: closed
Thursday: 8-5
Friday: 8-5
Saturday: 8-1
Sunday: closed

#fatloss #weightloss #resultsdriven #est2009 #telehealthwegovy #dietclinic #beauty #wellness #aesthetics #botox #lipfiller #b12 #intermittentfasting #lowcarb #keto #phentermineweightloss #lipob #Phentermine #wegovyweightloss #wegovy #nashville #hcg #testosterone #hendersonvillelashes #hendersonvilletn #radiofrequencymicroneedling #skintightening #morpheus8

Liked by **bob_and_elaine** and **others**
JUNE 8, 2022

Add a comment...